# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| SEVERN L. HERRINGTON, F/K/A, LORI L. HERRINGTON ) *Plaintiff* ) v. ) CAROLYN W. COLVIN, ) Commissioner of Social Security ) *Defendant* | Civil Action No.  2:15-CV-0141-JTR |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 28, 2016**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 23) is GRANTED
Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   JOHN T. RODGERS   on motions for Summary Judgment, (ECF Nos. 17 and 23)

Date:  June 28, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Melissa Orosco
*(By) Deputy Clerk*

Melissa Orosco